**United States District Court**
For the Northern District of California

1
2
3

IN THE UNITED STATES DISTRICT COURT

4

FOR THE NORTHERN DISTRICT OF CALIFORNIA

5
6
7    TIMOTHY PAUL LUCERO,                       No. C 15-5995 MEJ  (PR)

          Plaintiff,                            **ORDER OF TRANSFER**
8
9         v.

10   WARDEN AND ASSOCIATE WARDENS
     OF CALIFORNIA MEN'S COLONY,
11
          Defendants.
12   _____/

13
          Plaintiff has filed a <u>pro se</u> civil rights action pursuant to 42 U.S.C. § 1983
14
     complaining of conditions at California Men's Colony ("CMC").  CMC is located in San
15
     Luis Obispo County within the venue of the Central District of California.  <u>See</u> 28 U.S.C.
16
     § 84(c).  No defendant is alleged to reside in, and none of the events or omissions giving rise
17
     to the complaint occurred in, the Northern District.  Venue therefore is proper in the Central
18
     District, and not in this one.  <u>See</u> 28 U.S.C. § 1391(b).
19
          Accordingly, in the interests of justice and pursuant to 28 U.S.C. § 1406(a), this action
20
     is TRANSFERRED to the United States District Court for the Central District of California.
21
     The Clerk of the Court is directed to transfer the case forthwith.  In view of the transfer, the
22
     Court will not rule upon plaintiff's request for leave to proceed in forma pauperis.
23
24
          IT IS SO ORDERED.
25
26   DATED:    January 5, 2016                    _____
                                                  Maria-Elena James
27                                                United States Magistrate Judge
28